**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  DOUBLE EAGLE MARINE, L.L.C.                    CIVIL ACTION

                                                      No. 04-2162
                                                      C/W:  05-326
                                                      REF:  04-2162

                                                      SECTION:  I/4

<u>ORDER</u>

Before the Court is the motion for summary judgment filed on behalf of defendant,

Parker Drilling Offshore USA, L.L.C.  Defendant's motion was filed on September 19, 2006,

and set for hearing on October 11, 2006.  This Court's scheduling order, however, instructs that

"[a]ll pretrial motions . . . shall be filed and served in sufficient time to permit hearing thereon no

later than September 6, 2006."[1]  Despite several changes with respect to other dates and

deadlines in this case, the motion hearing deadline has always been preserved.  On July 13, 2006,

the Court added a handwritten note to an order extending discovery deadlines that stated "[a]ll

other deadlines remain intact including the motion deadline."[2]  Most recently, the Court repeated

this reminder when it ordered the trial date continued without date because of a scheduling

---

[1]Rec. Doc. No. 53, filed Jan. 5, 2006.

[2]Rec. Doc. No. 66.

conflict.[3]  Defendant's motion is, therefore, untimely.  Moreover, defendant did not request leave to file this late motion or provide good cause to explain why the Court should still consider its motion.

Accordingly,

**IT IS ORDERED** that the motion for summary judgment filed on behalf of defendant, Parker Drilling Offshore USA, L.L.C.,[4] is **DENIED**.

New Orleans, Louisiana, October _2nd_, 2006.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[3]Rec. Doc. No. 83 ("All other dates and deadlines in this matter, including the motion hearing date, remain in effect.").

[4]Rec. Doc. No. 89.